# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEON FRANSWAY GIVENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMPSON, et al.,<br><br>　　　　Defendants. | Case No. CV 15-03105 CAS (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: <u>January 27, 2016</u>

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE